# United States District Court
### WESTERN DISTRICT OF WASHINGTON

## JUDGMENT IN A CIVIL CASE

IRON PARTNERS, LLC                          CASE NUMBER C07-5643RBL
              Plaintiff
        v.
DAMES & MOORE, URS CORPORATION &
URS HOLDINGS INC.,
              Defendants.
_____

DAMES & MOORE, URS CORPORATION &
URS HOLDINGS, INC.,
              Third Party Plaintiffs
v.
OREGON IRON WORKS, INC.
              Third Party Defendants.


[ √ ]   **Decision by Court.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.


        IT IS ORDERED AND ADJUDGED

        Defendants' Motion for Summary Judgment is GRANTED and Plaintiff's Claims are

        DISMISSED WITH PREJUDICE.


*DATED :* June 15, 2009


                        _____BRUCE  RIFKIN_____
                        *Clerk*


                        _____/s/  Jean Boring_____
                        *(By) Deputy Clerk*, Jean Boring