# United States District Court

**WESTERN DISTRICT OF WASHINGTON**

JUDGMENT IN A CIVIL CASE
**ON ATTORNEY FEES**

IRON PARTNERS, LLC

    Plaintiff,

v.

CASE NUMBER: C07-5643RBL

DAMES & MOORE, et al.,
    Defendant.

[ √ ]   **Decision by Court.** This action came under consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Defendants Dames & Moore, URS Corporation and URS Holding Motion for Attorney Fees is DENIED.

*DATED:* July 31, 2009

                         BRUCE RIFKIN
                      *Clerk*

                         /s/ Jean Boring
                      *(By) Deputy Clerk*, Jean Boring